UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

United States of America

              Plaintiff,              Case No. 2:15-mj-16

v.                                HON. R. ALLAN EDGAR

Raymond Valentino Bowser

              Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on May 5, 2015, for an initial appearance on a criminal complaint. The government moved for detention. Counsel for the defendant requested time to review the matter with her client and to reserve the right to request a hearing at a later date. For the present, defendant shall be detained pending further proceedings for the following reasons: There are several state arrest warrants out for defendant; defendant is in clear violation of the geographical restrictions imposed by a supervised release term by the U.S. District Court for the District of Minnesota; he is, therefore, based on facts now known to the Court, a risk for flight.

        IT IS ORDERED

Dated: 5/5/2015                                /s/ R. Allan Edgar
                                                    R. ALLAN EDGAR
                                                    UNITED STATES DISTRICT JUDGE